FISHER & PHILLIPS LLP
MARK RICCIARDI, ESQ.
Nevada Bar No. 3142
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 862-3817
Facsimile: (702) 252-7411
E-Mail Address: akheel@fisherphillips.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an Individual, | Case No. 2:17-cv-01153-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (SECOND REQUEST)** |
| vs. | |
| TERRIBLE HERBST, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant shall have an extension of time up to and including **July 31, 2017,** to respond to the Complaint on file herein. The parties continue to explore the possibility of settlement and need further time to review their respective positions. Defendant is in the process of evaluating and examine each of the 14 locations cited in the 14 different cases, which the parties are working on a stipulation to consolidate for the ease of the Court and the parties going forward. The parties anticipate that these site evaluations will be completed by June 30, 2017 and Defendant will be able to make

/ / /

/ / /

/ / /

FPDOCS 33018527.1

- 1 -

FISHER & PHILLIPS LLP
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1    a formal settlement proposal within the first week of July. This is the second request

2    for an extension of time to respond to the Complaint.

3    DATED this 27th day of June, 2017      DATED this 27th day of June, 2017

4    FISHER & PHILLIPS LLP      THE WILCHER FIRM

By: */s/Allison L. Kheel, Esq.*      By: */s/Whitney C. Wilcher, Esq.*
Mark Ricciardi, Esq.      Whitney C. Wilcher, Esq.
Allison L. Kheel, Esq.      8465 West Sahara Ave.
300 S. Fourth Street      Suite 111-236
Suite 1500      Las Vegas, NV 89117
Las Vegas, Nevada 89101      Attorneys for Plaintiff
Attorneys for Defendant

IT IS SO ORDERED:

_/s/ George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

Dated:    June 29, 2017 _____