FISHER & PHILLIPS LLP
MARK RICCIARDI, ESQ.
Nevada Bar No. 3142
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 862-3817
Facsimile: (702) 252-7411
E-Mail Address: akheel@fisherphillips.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN ZIMMERMAN, an Individual, | Case No. 2:17-cv-01153-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| TERRIBLE HERBST, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that settlement has been reached and this matter be dismissed with prejudice, and with each party to bear their own costs and attorneys' fees.

DATED this 31st day of July, 2017                DATED this 31st day of July, 2017

FISHER & PHILLIPS LLP                            THE WILCHER FIRM

By: */s/Allison L. Kheel, Esq.*                  By: */s/Whitney C. Wilcher, Esq.*
Mark Ricciardi, Esq.                             Whitney C. Wilcher, Esq.
Allison L. Kheel, Esq.                           8465 West Sahara Ave.
300 S. Fourth Street                             Suite 111-236
Suite 1500                                       Las Vegas, NV 89117
Las Vegas, Nevada 89101                          Attorneys for Plaintiff
Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this   1   day of August, 2017.

- 1 -